UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **RONALD BOOKER, JR.,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **Defendants.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about July 1, 2005, within the District of Columbia, **RONALD BOOKER, JR.,**
having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C.
Superior Court Criminal Case No. F1099-93, did unlawfully and knowingly receive and possess a
firearm, that is, a Ruger .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive
and possess ammunition, that is, .22 caliber ammunition which had been possessed, shipped and
transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime
Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia