UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.05-280 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **RONALD BOOKER,** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Tonya Sulia, telephone number (202) 305-2195, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
TONYA SULIA
Assistant United States Attorney
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195