UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | APPEARANCE |
| v. | : | CASE NUMBER: 05-280 (CKK) |
| RONALD BOOKER, JR. | : | |

FILED
AUG 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPEARANCE PRAECIPE

The Clerk of Court will please enter my appearance as counsel for Defendant Ronald Booker, Jr. pursuant to appointment under the Criminal Justice Act.

*Mitchell S. Baer*
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered to Assistant United States Attorney __Tonya Sulia__, in Court, this 9th day of August, 2005.

*Mitchell S. Baer*
Mitchell S. Baer