UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-280 (CKK) |
| | : | |
| v. | : | |
| | : | |
| RONALD BOOKER | : | |
|     Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number 202-305-2196 and/or email address michael.harvey2@usdoj.gov. Michael Harvey will substitute for Assistant United States Attorney Tonya Sulia as counsel for the United States.

           Respectfully submitted,

           KENNETH L. WAINSTEIN.
           United States Attorney


           _____
           Michael Harvey
           Assistant United States Attorney
           Federal Major Crimes, Bar No. 447-465
           555 4th Street, NW,  Room 4242
           Washington, DC 20530
           202-305-2195