IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Case No.: CR 05-00280 (CK |
| : | Hearing: July 31st, 2006 |
| **RONALD BOOKER** : | |
| : | |
| **Defendant.**    : | |

==============================

## MOTION FOR SUBSTITUTION OF COUNSEL

RONALD BOOKER, by and through undersigned counsel, Harry Tun, respectfully submits this Motion for Substitution of Counsel and requests that this Court enter an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

Counsel was recently retained to represent Mr. Ronald Booker in the above-captioned case.

Mr. Booker desires to have the appearance of his current attorney, Mitchell Baer, Esquire, withdrawn as counsel of record in this case.

Accordingly, it is Mr. Boooker's request that the appearance of Mitchell Baer, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Harry Tun, as his attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

Ronald Booker

By Counsel
Respectfully submitted,

_____

Harry Tun, Esquire
Bar No.: 416262
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the Motion for Substitution of Counsel was sent via first class mail to the Office of the United States Attorney, Felony Section, 555 4th Street NW, Washington DC 20530 and to Mitchell Baer, 717 Fifth Street, NW, Washington, DC 20001 on this _____ day of _____, 2006.

_____
Harry Tun