IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: CR 05-00280 (CKK) |
| | : | Hearing: August 31, 2006 |
| **RONALD BOOKER** | : | |
| | : | |
| **Defendant.** | : | |

==============================

# ORDER

THIS CAUSE having come before the Court on the Defendant's Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Harry Tun, Esquire, replaces Joanne Slaight, Esquire as counsel of record.

_____
JUDGE

cc:   Harry Tun
      3218 O Street, NW
      Suite Two
      Washington, DC  20007

      Office of the United States Attorney
      Felony Section

555 4th Street, N.W.

Washington, D.C. 20530

Mitchell Baer

717 Fifth Street, NW

Washington, DC 20001