# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

**PRISONER TRANSFER REQUEST**

FILED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: ☒ Department of Corrections
    ☐ St. Elizabeths Hospital
    ☐ Other: _District court_

Date Appearance Requested: *Monday* 7/31/06

RELEASE from your custody the following named Prisoner (s) to be brought to the Superior Court cellblock for the reason (s) indicated:

| CASE NUMBER | NAME OF PRISONER (Last, First, Initial) Show aliases if known | PDID NO. and/or ~~DCDC NO.~~ | REASON PRISONER NEEDED | Per"Eld Itms are to be and |
|---|---|---|---|---|
|  | Booker, Ronald | 456-902 | District court |  |

SIGNATURE OF REQUESTER: [signature]
OFFICE OF REQUESTER: C10
PHONE NO.: 1501
PERSON AUTHORIZING RELEASE: [signature]
DATE: 7/29/06

Form CD-1047/July 98

• U.S. GPO: 1999-516-00194521

*copy*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

*district court 05-280*

UNITED STATES

TOT No. _____

P.D.I.D. No. __456-902__

v.

__Ronald Booker__ (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, Transferred Over To the United States District Court for the District of Columbia for the next court date of: __7/31/06__

### COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: __7/31/06__

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No.: _____

DEFENDANT'S NAME: _____

ADDRESS: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: __7/31/06__  _____
JUDICIAL OFFICER PRESIDING

# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>RONALD BOOKER<br><br>DOB:            PDID# 456902 | DOCKET NO: 05-280 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE:<br>Held Without Bond | |
| ORDERED BY:<br>Judge Colleen Kollar-Kotelly | JUDGE/MAGISTRATE JUDGE | DATE ISSUED:<br>August 9, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>Anatty Jones Patterson | DATE:<br>August 9, 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

10544246

## U.S. District Court
### District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00280-CKK-1

Case title: USA v. BOOKER

Date Filed: 07/28/2005

Assigned to: Judge Colleen Kollar-Kotelly

**Defendant**

RONALD BOOKER (1)     represented by    **Mitchell Stuart Baer**
717 D Street, NW
Suite 210
Washington, DC 20004
(202) 347-1250
Fax: (202) 628-7777
Email: mitchellbaer@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**                                                 **Disposition**

18:922(g)(1); TRANSPORT FIREARMS
INTERSTATE BY FELON; Unalwaful
Possession of a Firearm and Ammunition by a
Person Convicted of Crime Punishable by
Imprisonment for a Term Exceeding One
Year.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                           **Disposition**

None

**Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-280 |
| v. | : | GRAND JURY ORIGINAL |
| RONALD BOOKER, JR., | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| Defendants. | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

KOLLAR-KOTELLY, J. CKK

**INDICTMENT**

FILED IN OPEN COURT

JUL 28 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about July 1, 2005, within the District of Columbia, **RONALD BOOKER, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F1099-93, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

_Kenneth L. Wainstein_
Attorney of the United States in
and for the District of Columbia

USA                          represented by **Amy Jeffress**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 4104
Washington, DC 20530
(202) 514-7624
Fax: (202) 616-2296
Email: Amy.Jeffress@usdoj.gov
*TERMINATED: 08/09/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon Michael Harvey**
U. S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 4243
Washington, DC 20001-2733
(202) 305-2195
Email: michael.harvey2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tonya Sulia**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 9832
Washington, DC 20530
(202) 514-7444
Fax: (202) 307-2022
Email: tonya.sulia@usdoj.gov
*TERMINATED: 11/10/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2005 | 1 | INDICTMENT as to RONALD BOOKER (1) count(s) 1. (hsj, ) (Entered: 07/29/2005) |
| 08/05/2005 |  | NOTICE OF HEARING as to RONALD BOOKER Arraignment set for 8/9/2005 11:00 AM in Courtroom 11 before Judge Colleen Kollar-Kotelly. (dot, ) (Entered: 08/05/2005) |
| 08/09/2005 | 2 | NOTICE OF SUBSTITUTION OF COUNSEL in case as to RONALD BOOKER. (Sulia, Tonya) (Entered: 08/09/2005) |
| 08/09/2005 |  | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly : Status Conference as to RONALD BOOKER not held on 8/9/2005. Case called for arraignment; defendant failed to appear. Bench warrant issued. Court ordered that defendant be Held Without Bond. AUSA Tonya Sulia and Defense counsel Mitchell Baer present. (Court Reporter Edward Hawkins.) (cp, ) (Entered: 08/15/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 3 | NOTICE OF ATTORNEY APPEARANCE: Mitchell Stuart Baer appearing for RONALD BOOKER (cp, ) (Entered: 08/15/2005) |
| 11/10/2005 | 4 | NOTICE OF SUBSTITUTION OF COUNSEL as to RONALD BOOKER. Substituting for attorney Tonya Sulia (Harvey, G.) (Entered: 11/10/2005) |
| 11/18/2005 | 5 | NOTICE *of Filing* by USA as to RONALD BOOKER (Attachments: # 1 Exhibit Notification of updated Office Information- G. MIchael Harvey# 2 Exhibit Original Notice of Subsitution of Counsel filed on 11/10/2005 Documnet Number 4)(Harvey, Gordon) (Entered: 11/18/2005) |
| 11/29/2005 | 7 | CJA 20 as to RONALD BOOKER: Appointment of Attorney Mitchell Stuart Baer for RONALD BOOKER. Signed by Judge Colleen Kollar-Kotelly on 11/29/05 NPT 8/4/05. (hsj, ) (Entered: 11/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/28/2006 12:56:47 | | | |
| PACER Login: | ux3145 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cr-00280-CKK |
| Billable Pages: | 1 | Cost: | 0.08 |