WARRANT FOR ARREST                                                          CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-280 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| RONALD BOOKER | FILED | |
| DOB:          PDID# | JUL 3 1 2006 | |
| | NANCY MAYER WHITTINGTON, CLERK | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST   U.S. DISTRICT COURT | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: Held Without Bond | |
| ORDERED BY: Judge Colleen Kollar-Kotelly | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: August 9, 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] Jones Patterson | DATE: August 9, 2005 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/9/05 | NAME AND TITLE OF ARRESTING OFFICER Stephenie K Owens Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE EXECUTED 7/31/06 | | |

105A246