EXHIBIT C

Clerk of the Court, Criminal
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

To whom it may concern:

DCDC 258181

I, RONALD BOOKER, understand that I am wanted for carrying a pistol without a license in the District of Columbia. My date of birth is __12/3/75__.

U.S. v. Robert Booker, Case No.

I am currently serving a sentence in Prince George's Correctional Jail, in Upper Marlboro, Maryland My sentence is for a period of __15 months ending @ September 15th, 2006__

I understand that the Interstate Agreement on Detainers Act, Pub.L. No. 91-538, 84 Stat. 1397 (1970) which was entered into the Interstate Agreement on Detainers, 18 U.S.C. App. III applies to the transfer of sentenced prisoners for unrelated trials between two States.

Accordingly, I, RONALD BOOKER, would like the United States Attorney's Office for the District of Columbia to bring me to the District of Columbia Superior Court to address the charges against me in the United States v. Ronald Booker, case number

Respectfully,

*Ronald Booker*
Ronald Booker

Date __9-28-05__