LAW OFFICE OF HARRY TUN
400 5TH STREET, NW
WASHINGTON, DC 20001

• Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Exhibit D.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES ATTY. OFFICE
FOR THE DISTRICT OF COLUMBIA
555 FOURTH STREET, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery
OCT 12 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 2976 5739