

Exhibit E