IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>RONALD BOOKER                     ) | Criminal No. 1:05-CR-280<br>Judge Kollar-Kotelly<br>Motion Hearing Date: 8/25/2006 |

### ORDER

Upon consideration of Defendant's Motion to Dismiss, and any opposition, it is

this _____ day of_____, 2006 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**COLLEN KOLLAR-KOTELLY**
**UNITED STATES DIS TRICT JUDGE**

Copies to:

Harry Tun, Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300B
Washington, DC  20001

Gordon M. Harvey, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530