IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:05-CR-280 |
| v. ) | Judge Kollar-Kotelly |
| ) | Motion Hearing Date: 8/25/2006 |
| RONALD BOOKER ) | |

**UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL RIGHTS**

Defendant Ronald Booker, (hereinafter "Booker"), through undersigned counsel, respectfully moves the Court for an Order withdrawing defendant's motion to dismiss the indictment for violation of the speedy trial act. The grounds for this Motion are more fully set forth in the following:

**FACTS**

1.	On August 3, 2006, this Honorable Court requested that the undersigned counsel file a motion briefing the IAD, with a due date of August 14, 2006 for filing of the motion and a hearing on the motion being scheduled for August 25, 2006.

2.	On August 14, 2006, Mr. Booker, through undersigned counsel, filed the motion briefing the IAD issue.

3.	There after, undersigned counsel has been in plea negotiations with Assistant United States Attorney Michael Harvey.

4.	On or about August 17, 2006, an agreement was reached and accepted by Mr. Booker. Part of the agreement is for Mr. Booker to withdraw the Motion to Dismiss, and the plea would be entered on Friday, August 25, 2006.

5.	Accordingly, Mr. Booker through undersigned counsel now moves this Honorable Court to withdraw the Motion to Dismiss.

For the foregoing reasons, and any others, which may appear to the Court, Mr. Booker, through undersigned counsel, and the government request that the Court to withdraw the motion to dismiss the indictment in this matter and vacate the motion hearing for a plea hearing. A proposed order is submitted herewith.

Respectfully Submitted,

/s/ Harry Tun by /s/ Daniel K. Dorsey
Harry Tun, #416262
Daniel K. Dorsey #430057
400 Fifth Street, N.W.
Suite 300
Washington, DC 20004
(202) 393-2882
*Counsels for Ronald Booker*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2006, a copy of the foregoing Motion to be delivered by electronic e-mail to Gordon Michael Harvey, Assistant United States Attorney, 555 Fourth Street, N.W. #41816, Washington, D.C. 20530.

/s/ Daniel K. Dorsey
Daniel K. Dorsey, Esquire