IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:05-CR-280 |
| v. ) | Judge Kollar-Kotelly |
| ) | Motion Hearing Date: 8/25/2006 |
| RONALD BOOKER ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Withdraw the Motion to Dismiss, and no opposition as well as a review of the record, it is this _____ day of_____, 2006 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**COLLEN KOLLAR-KOTELLY
UNITED STATES DIS TRICT JUDGE**

Copies to:

Harry Tun, Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300B
Washington, DC  20001

Gordon M. Harvey, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530