UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.1:05-cr 00280(CKK) |
| v. | : | Status Date 8/25/06 |
| | : | |
| RONALD BOOKER | : | |

## CONSENT MOTION FOR CONTINUANCE

Defendant, Ronald Booker , by and through undersigned counsel hereby request that the status date presently scheduled on August 25th, 2006 in the above captioned matter be continued to September 6th  2006 at 10:30 a.m.. The grounds for this motion are as follows:

1.    The defendant and undersigned counsel have been preparing diligently preparing for the status hearing.

2.    Most importantly, the parties has reached an agreement with regard to the disposition of the matter and undersigned counsel need an additional time to discuss with Mr. Booker.

3.    Mr. Booker has been apprised of this latest development in his case and he stated that she has no objection to continue this matter until September 6th, 2006.

4.    Granting the defense motion will not prejudice the government case.

5.    Undersigned counsel has notified the government counsel with regard to filing of this motion and he consented this Motion for continuance.

WHEREFORE, the defendant request that his motion be granted. Accordingly, defendant request that his sentencing date be continue to September 25$^{th\ d}$ 2006.

Respectfully Submitted
Ronald Booker
         /S/
By: Harry Tun
Counsel for Defendant
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001

(202) 393-2882

Case 1:05-cr-00280-CKK    Document 14    Filed 08/24/2006    Page 2 of 3

(202) 393-2882

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2006, a copy of the foregoing Motion was sent, postage prepaid to the Assistant United States Attorney, Michael Harveyat 555 4th Street, N.W. Washington D. C. 20001

_____/s/_____