UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.1:05-cr 00280(CKK)** |
| v. | : | **Status Date 8/25/06** |
| | : | |
| **RONALD BOOKER** | : | |

    Upon consideration of the Joint Motion to Continue the Sentencing and the entire record in this matter, it is this _____ day of _____, 2009, hereby
    ORDERED that the Motion is granted and the status hearing currently scheduled for August 25nd, 2006, be continued to September 6th 2006 at 10:30 a.m.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

Copies to:

Michael Harvey
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C.  20001

Harry Tun
Suite 300
400 5th Street, N.W.
Washington, D.C.  20001