UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.  05-280 (CKK) |
| | : | |
| v. | : | VIOLATIONS:   18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **RONALD BOOKER, JR.,** | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year); |
| | : | 22 D.C. Code § 4504(a) |
| | : | (Carrying a Pistol Without a License) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 1, 2005, within the District of Columbia, **RONALD BOOKER, JR.,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F1099-93, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about July 1, 2005, within the District of Columbia, **RONALD BOOKER, JR.**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without license/licenses issued pursuant to law.

**(Carrying a Pistol Without a License [Outside of Home or Place of Business],** in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451058

_____
By:   G. MICHAEL HARVEY
Assistant United States Attorney
Federal Major Crimes Section
Bar No. 447-465
555 4th Street, N.W., Room 4243
Washington, D.C. 20530
(202) 305-2195