AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**

———————— DISTRICT OF ————————

SEP -6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

CASE NUMBER: 05 CR 280

I, __Ronald Booker__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/6/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
                     Date

_____
Ronald Booker
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer