UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            Plaintiff             :          CRIMINAL NO. 05-280
                                  :          Judge Colleen Kollar-Kotelly
      vs.                         :
                                  :
RONALD BOOKER                     :
                                  :
            Defendant             :

## ORDER

That the U.S. Probation Department shall prepare and file a  pre-sentence

report for  RONALD BOOKER , by no later than  November 11, 2006  ; and it is


FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A

on  November 21, 2006 AT 9:00 A.M.

      IT IS SO ORDERED,


Date:  Sept. 17, 2006          _____
                                     Colleen Kollar-Kotelly
                                     United States District Judge


cc: Chambers
    File
    Pretrial
    Probation
    G. Michael Harvey, AUSA
    Harry Tun, 400 Fifth Street, NW, Suite 300, Washington, DC 20001-2719