UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR - 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,

v.

**RONALD BOOKER, JR.,**

Defendant.

Crim. Action No. 05cr280 (CKK)

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated March 24, 2010, from Magistrate Judge John Facciola. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 7th day of April, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Mitchell Baer, Esq.
Angela George, AUSA
Magistrate Judge John Facciola
Michael Segal, U.S. Probation Officer
Pretrial Services

